IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-20216 JPM-dkv |
| ) | |
| CALVIN HARRIS, ) | |
| ) | |
| Defendant. ) | |

---

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

---

This cause is before the Court on the Motion of the Defendant, Calvin Harris, to dismiss this case with prejudice pursuant to the Speedy Trial Act. The Magistrate Judge, in her Report and Recommendation, recommends that the Defendant's Motion to Dismiss be denied.

The time period for objections to the Report and Recommendation having expired, and no objections having been filed, it is therefore ORDERED, ADJUDGED, AND DECREED that the Report and Recommendation of the Magistrate Judge is ADOPTED and that the Defendant's Motion is DENIED.

Entered this 8th day of December, 2008.

s/ JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE